# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Van Der Bosch, | Civil No. 09-1247 (DWF/SRN) |
| Plaintiff, | |
| | **AMENDED** |
| v. | **ORDER ADOPTING REPORT** |
| | **AND RECOMMENDATION** |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

_____

Frank Levin and James Roth, Esq., Frank W. Levin, P.A., counsel for Plaintiff.

Lonnie Bryan, United States Attorney's Office, United States Attorney's Office, counsel for Defendant.

_____

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, based on the foregoing, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.  Plaintiff's Motion for Summary Judgment (Doc. No. [6]) is **DENIED**; and

2.  Defendant's Motion for Summary Judgment (Doc. No. [9]) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 28, 2010        s/Donovan W. Frank
                            DONOVAN W. FRANK
                            United States District Judge